IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, et al. | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civ. No. 07-134-SLR ) |
| LUZ JIMENEZ, | ) ) |
| Defendant. | ) |

O R D E R

At Wilmington this 21st day of April, 2008, there having been no activity in the above-captioned case since March 23, 2007;

IT IS ORDERED that, on or before **May 23, 2008**, plaintiffs shall show cause why the above-captioned action should not be dismissed for failure to prosecute. FAILURE TO TIMELY RESPOND TO THIS ORDER SHALL RESULT IN DISMISSAL OF THE ACTION.

_____
United States District Judge