IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; and FONOVISA, INC., a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>LUZ JIMENEZ,<br><br>Defendant. | CIVIL ACTION No. 07-134-SLR |

### RESPONSE TO ORDER TO SHOW CAUSE

Plaintiffs respectfully respond to the Court's Order to Show Cause dated April 21, 2008, and state as follows:

Plaintiffs served Defendant by personal service on March 9, 2007. Defendant did not file an answer or otherwise respond to the Complaint. Plaintiffs initially intended to pursue Default Judgment against the Defendant, but despite repeated investigations, Plaintiffs have not been able to verify Defendant's date of birth or military status. Accordingly, Plaintiffs cannot pursue Default Judgment and are filing a Notice of Dismissal along with this Response.

Plaintiffs and their counsel sincerely regret any inconvenience to the Court that resulted from Plaintiffs' delay in prosecuting this action and their eventual inability to pursue Default Judgment. Because Plaintiffs are concurrently filing a Notice of Dismissal of their case, Plaintiffs respectfully ask that the Court discharge its April 21, 2008 Order to Show Cause.

1

DATED: 4/25/08

*Robert S. Goldman*
Robert S. Goldman (DE Bar No. 2508)
Lisa C. McLaughlin (DE Bar No. 3113)
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, Delaware 19806
(New Castle Co.)
Telephone: 302-655-4200
Telecopier: 302-655-4210

Attorneys for Plaintiffs SONY BMG MUSIC ENTERTAINMENT; ARISTA RECORDS LLC; UMG RECORDINGS, INC.; and FONOVISA, INC.